| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Afsaneh Doost**<br>**4567 White Oak Place**<br>**Encino, CA 91316**<br><br>[✓] *Individual appearing without attorney*<br>[ ] *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED**<br>**FEB - 6 2020**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Afsaneh Doost**<br><br><br><br>Debtor(s). | CASE NO.: **1:20-bk-10213**<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>**[11 U.S.C. § 521(a)(1)(B)(iv)]**<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. [ ] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    [ ] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    [✓] **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: 01/27/2019 | **Afsaneh Doost** | *(signature)* |
|---|---|---|
| | Printed name of Debtor 1 | Signature of Debtor 1 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1002-1.EMP.INCOME.DEC