**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email: kate.bunker@usdoj.gov

FILED & ENTERED

JUN 05 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**AFSANEH DOOST,**<br><br>                              Debtor. | Case No. 1:20-bk-10213-MT<br><br>Chapter 7<br><br>**ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(A) WITH A ONE-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a)**<br><br>Date:   June 2, 2020<br>Time:  10:00 a.m.<br>Crtm:  302 |

      A hearing was held on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b)(3)(A) With A One-Year Bar to Refiling Pursuant to 11 U.S.C. §§ 105(a) and 349(a) [Docket No. 21], with appearances as noted on the record.  Having considered the motion and the record, and good cause appearing therefore:

      IT IS HEREBY ORDERED that the case is dismissed pursuant to 11 U.S.C. § 707(b)(3)(A).

//

//

//

//

//

IT IS FURTHER ORDERED that Afsaneh Doost is barred from being a debtor in any chapter for a period of one year pursuant to 11 U.S.C. §§ 105(a) and 349(a), without first filing an application with notice to the United States Trustee and obtaining permission of the Court.

### #

Date: June 5, 2020

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge